

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Judge Carlos Cortez, Appellant

No. 06-13-00120-CV          v.

Coyt Randal (Randy) Johnston, The Dallas
Morning News, ALM Media LLC d/b/a
The Texas Lawyer, and Judge Marty Lowy,
Appellees

Appeal from the 298th District Court of
Dallas County, Texas (Tr. Ct. No. DC-10-
14346).  Memorandum Opinion delivered
by Chief Justice Morriss, Justice Carter and
Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below.  We affirm the judgment of the trial court.

We further order that the appellant, Judge Carlos Cortez, pay all costs of this appeal.

RENDERED APRIL 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk